# In the United States Court of Federal Claims

* * * * * * *

WATERFORD GARDEN APTS., *
A LIMITED PARTNERSHIP,
*
Plaintiff, No. 05-813C
*
v. Filed: September 27, 2005
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * *

**ORDER**

The parties' joint motion for a stay of proceedings until 14 days after the conclusion of ADR is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge