# In the United States Court of Federal Claims

* * * * * * *

WATERFORD GARDEN APTS., *
A LIMITED PARTNERSHIP,
*
Plaintiff, No. 05-813C
*
v. Filed: April 24, 2008
*
THE UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * *

**ORDER**

We ask the parties to file a joint status report on or before May 1 informing the court of the status of this case.

.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge